Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.:  20−19799−MBK
                        Chapter:  13
                        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wilfredo Flores
   aka Wilfrido Flores
   1060 Bay Ave
   Toms River, NJ 08753

Social Security No.:
   xxx−xx−5698

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 3, 2020.

Dated: December 3, 2020
JAN: ckk

                                                                              Jeanne Naughton
                                                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Wilfredo Flores  
Debtor(s)

Case No. 20-19799-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Dec 03, 2020     Form ID: plncf13     Total Noticed: 47

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wilfredo Flores, 1060 Bay Ave, Toms River, NJ 08753-3771 |
| 518933494 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 518933497 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 518933495 | + | Cabanillaas & Associates, PC, 120 Bloomingdale Road, Suite 400, White Plains, NY 10605-1542 |
| 518933496 | + | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 518933499 | + | Central Credit Services, LLC, 9550 Regency Square, Jacksonville, FL 32225-8169 |
| 518933498 | + | Central Credit Services, LLC, 9550 Regency Square Blvd, Suite 500 A, Jacksonville, FL 32225-8169 |
| 518933500 | + | Civil Judgement Recovery, LLC, 1933 Highway 35, Suite 105-281, Belmar, NJ 07719-3502 |
| 518933509 | + | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518933508 | + | I.c. System, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 518933511 | | Juan De La Cruz, c/o Legal Services of New Jersey, Inc., PO Box 1357, Edison, NJ 08818-1357 |
| 518933512 | + | Just Four Wheels, Inc, c/o Mitnick & Malzberg, PO Box 429, Frenchtown, NJ 08825-0429 |
| 518933513 | + | Just Four Wheels, Inc., PO Box 429, Frenchtown, NJ 08825-0429 |
| 518933514 | #+ | KML Law Group, 216 Haddon Ave Ste 406, Collingswood, NJ 08108-2812 |
| 518933516 | + | Quality Asset Recovery, 7 Foster Ave, Gibbsboro, NJ 08026-1191 |
| 518933515 | + | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 518933517 | + | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 518939522 | + | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 519024594 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 518933518 | + | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 518933519 | + | Santander Consumer USA, Po Box 961211, Fort Worth, TX 76161-0211 |
| 518933525 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 518933523 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, Trenton, NJ 08608-2006 |
| 518933524 | + | State of New Jersey, Division of Employer Accounts, 1 John Fitch Plaza, Trenton, NJ 08611-1760 |
| 518953556 | | The State of New Jersey, Division of Employer Accounts, New Jersey Department of Labor and Workf, PO Box 379, Trenton, NJ 08625-0379 |
| 518933527 | + | Transworld System Inc, Po Box 15095, Wilmington, DE 19850-5095 |
| 518933529 | | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 03 2020 22:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 03 2020 22:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518933502 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 03 2020 22:03:00 | Credit Acceptance, Po Box 5070, Southfield, MI |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 03, 2020 | Form ID: plncf13 | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| | | | | 48086-5070 |
| 518933501 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 03 2020 22:03:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 518933503 | + | Email/Text: e.salmons@doveroilcompany.com | Dec 03 2020 22:05:00 | Dover Oil Company, 239 Dover Road, Toms River, NJ 08757-5142 |
| 518933505 | | Email/Text: operationsclerk@easypayfinance.com | Dec 03 2020 22:02:00 | Easy Pay/Duvera Collections, 3220 Executive Ridge, Vista, CA 92081 |
| 518933504 | | Email/Text: operationsclerk@easypayfinance.com | Dec 03 2020 22:02:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy, Po Box 2549, Carlsbad, CA 92018 |
| 518933506 | + | Email/Text: bknotice@ercbpo.com | Dec 03 2020 22:05:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 518933507 | + | Email/Text: bknotice@ercbpo.com | Dec 03 2020 22:05:00 | ERC/Enhanced Recovery Corp, Po Box 57547, Jacksonville, FL 32241-7547 |
| 518933510 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 03 2020 22:04:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518933520 | + | Email/Text: bankruptcy@savit.com | Dec 03 2020 22:06:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518933521 | + | Email/Text: bankruptcy@savit.com | Dec 03 2020 22:06:00 | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518933522 | | Email/Text: jennifer.chacon@spservicing.com | Dec 03 2020 22:06:00 | Select Portfolio Servicing, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 518933526 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 03 2020 22:06:00 | Transworld System Inc, Attn: Bankruptcy, Po Box 15618, Wilmington, DE 19850-5618 |
| 518990888 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 03 2020 23:17:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518933528 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 03 2020 22:02:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |
| 518948113 | | Email/Text: jennifer.chacon@spservicing.com | Dec 03 2020 22:06:00 | Wells Fargo Bank, N.A., et al, c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518933530 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Dec 03 2020 22:05:00 | Westlake Financial Services, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |
| 518933532 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Dec 03 2020 22:05:00 | Westlake Financial Services, 4751 Wilshire Bvld, Los Angeles, CA 90010-3847 |
| 518933531 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Dec 03 2020 22:05:00 | Westlake Financial Services, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2020    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank  N. A. as Trustee for the Carrington Mortgage Loan Trust, Series 2007-FRE1, Asset-Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor Wilfredo Flores courtdocs@oliverandlegg.com R59915@notify.bestcase.com |

TOTAL: 4