Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                           Case No.:  20−19799−MBK
                           Chapter:  13
                           Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wilfredo Flores
   aka Wilfrido Flores
   1060 Bay Ave
   Toms River, NJ 08753

Social Security No.:
   xxx−xx−5698

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/23/21.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 24, 2021
JAN: bwj

                                                                        Jeanne Naughton
                                                                       Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Wilfredo Flores  
    Debtor

Case No. 20-19799-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Nov 24, 2021      Form ID: 148      Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wilfredo Flores, 1060 Bay Ave, Toms River, NJ 08753-3771 |
| 518933497 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 518933495 | + | Cabanillaas & Associates, PC, 120 Bloomingdale Road, Suite 400, White Plains, NY 10605-1542 |
| 518933496 | + | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 518933499 | + | Central Credit Services, LLC, 9550 Regency Square, Jacksonville, FL 32225-8169 |
| 518933498 | + | Central Credit Services, LLC, 9550 Regency Square Blvd, Suite 500 A, Jacksonville, FL 32225-8169 |
| 518933500 | + | Civil Judgement Recovery, LLC, 1933 Highway 35, Suite 105-281, Belmar, NJ 07719-3502 |
| 518933511 | | Juan De La Cruz, c/o Legal Services of New Jersey, Inc., PO Box 1357, Edison, NJ 08818-1357 |
| 518933512 | + | Just Four Wheels, Inc, c/o Mitnick & Malzberg, PO Box 429, Frenchtown, NJ 08825-0429 |
| 518933513 | + | Just Four Wheels, Inc., PO Box 429, Frenchtown, NJ 08825-0429 |
| 518933516 | + | Quality Asset Recovery, 7 Foster Ave, Gibbsboro, NJ 08026-1191 |
| 518933515 | + | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 518933517 | + | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 519024594 | | STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 518933522 | | Select Portfolio Servicing, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 518933525 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 518933524 | + | State of New Jersey, Division of Employer Accounts, 1 John Fitch Plaza, Trenton, NJ 08611-1760 |
| 518933523 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, Trenton, NJ 08608-2006 |
| 518953556 | | The State of New Jersey, Division of Employer Accounts, New Jersey Department of Labor and Workf, PO Box 379, Trenton, NJ 08625-0379 |
| 518933527 | + | Transworld System Inc, Po Box 15095, Wilmington, DE 19850-5095 |
| 518933529 | | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 518948113 | | Wells Fargo Bank, N.A., et al, c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 24 2021 20:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 24 2021 20:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518933494 | | EDI: WFFC.COM | Nov 25 2021 01:13:00 | American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 518933502 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 24 2021 20:14:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 518933501 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 24 2021 20:14:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |

Case 20-19799-MBK    Doc 30    Filed 11/26/21    Entered 11/27/21 00:10:41    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 24, 2021 | Form ID: 148 | Total Noticed: 46 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518933503 | + | Email/Text: SJ.STRADER@doveroilcompany.com | Nov 24 2021 20:15:00 | Dover Oil Company, 239 Dover Road, Toms River, NJ 08757-5142 |
| 518933505 | | Email/Text: operationsclerk@easypayfinance.com | Nov 24 2021 20:14:00 | Easy Pay/Duvera Collections, 3220 Executive Ridge, Vista, CA 92081 |
| 518933504 | | Email/Text: operationsclerk@easypayfinance.com | Nov 24 2021 20:14:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy, Po Box 2549, Carlsbad, CA 92018 |
| 518933506 | + | Email/Text: bknotice@ercbpo.com | Nov 24 2021 20:15:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 518933507 | + | Email/Text: bknotice@ercbpo.com | Nov 24 2021 20:15:00 | ERC/Enhanced Recovery Corp, Po Box 57547, Jacksonville, FL 32241-7547 |
| 518933509 | + | EDI: IIC9.COM | Nov 25 2021 01:13:00 | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518933508 | + | EDI: IIC9.COM | Nov 25 2021 01:13:00 | I.c. System, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 518933510 | | EDI: IRS.COM | Nov 25 2021 01:13:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518939522 | + | EDI: DRIV.COM | Nov 25 2021 01:13:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 518933520 | + | Email/Text: bankruptcy@savit.com | Nov 24 2021 20:15:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518933521 | + | Email/Text: bankruptcy@savit.com | Nov 24 2021 20:15:00 | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518933518 | + | EDI: DRIV.COM | Nov 25 2021 01:13:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 518933519 | + | EDI: DRIV.COM | Nov 25 2021 01:13:00 | Santander Consumer USA, Po Box 961211, Fort Worth, TX 76161-0211 |
| 518933526 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 24 2021 20:15:00 | Transworld System Inc, Attn: Bankruptcy, Po Box 15618, Wilmington, DE 19850-5618 |
| 518990888 | + | EDI: AIS.COM | Nov 25 2021 01:13:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518933528 | + | EDI: VERIZONCOMB.COM | Nov 25 2021 01:13:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |
| 518933530 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Nov 24 2021 20:15:00 | Westlake Financial Services, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |
| 518933532 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Nov 24 2021 20:15:00 | Westlake Financial Services, 4751 Wilshire Bvld, Los Angeles, CA 90010-3847 |
| 518933531 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Nov 24 2021 20:15:00 | Westlake Financial Services, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518933514 | ##+ | KML Law Group, 216 Haddon Ave Ste 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 24, 2021 | Form ID: 148 | Total Noticed: 46 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 26, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank N. A. as Trustee for the Carrington Mortgage Loan Trust, Series 2007-FRE1, Asset-Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor Wilfredo Flores courtdocs@oliverandlegg.com R59915@notify.bestcase.com |

TOTAL: 5